UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12MJ00125-GGH-19 |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| FREDERICK LAURENS, ) | |
| ) Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   FREDERICK LAURENS  , Case No. 2:12MJ00125-GGH-19  , Charge  21USC § 841(a)(1), 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

  ✔ (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 16, 2012  at  2:00 pm  .

      By   /s/ Gregory G. Hollows
        Gregory G. Hollows
        United States Magistrate Judge

Copy 5 - Court